Henry G. Rendler, Esq.
CA State Bar # 83704
1550 The Alameda # 308
San Jose, CA 95126-2304
408 293 5112
henry@rendlerlaw.com
Attorney for Debtors Robert Louis
Brooks & Diane Carmen Brooks

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:                                                    Chapter 13
                                                          Case No. 11-51864 MEH

Robert Louis Brooks & Diane Carmen Brooks,
                                                          NOTICE OF OPPORTUNITY FOR HEARING;
Debtors_____/                      CERTIFICATE OF SERVICE

      NOTICE IS HEREBY GIVEN that the Debtors, Robert Louis Brooks & Diane Carmen Brooks, have filed a Motion to Modify Chapter 13 Plan. Pursuant to Bankruptcy Rule 2002 and the procedures prescribed by Local Rule 9014-1(b)(3)(A): 1) any objection to the requested relief, or a request for hearing on the matter, must be filed with the Clerk of the U.S. Bankruptcy Court at the address listed below, and served on the Debtors' attorney and the Chapter 13 Trustee as listed below, within twenty one (21) days of mailing of the notice; 2) a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) the Debtors' attorney will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to the Chapter 13 Trustee in the case, in the event an objection or request for hearing is timely made.


Dated: 9-23-2015                    /s/ Henry G. Rendler
                                    Henry G. Rendler, Esq.
                                    CA State Bar # 83704
                                    1550 The Alameda # 308
                                    San Jose, CA 95126-2304
                                    Attorney for Debtors Robert Louis Brooks
                                    & Diane Carmen Brooks

Court's Address:                    Chapter 13 Trustee:

Clerk, United States Bankruptcy Court    Devin Derham-Burk
280 S. First St., Room 3035              P.O. Box 50013
San Jose CA 95113                        San Jose CA 95150

CERTIFICATE OF SERVICE

       I am not less than 18 years of age and not a party to the within case.  My business address is 1550 The Alameda, # 308, San Jose, CA 95126-2304.  I served this:

NOTICE OF OPPORTUNITY FOR HEARING; CERTIFICATE OF SERVICE

MOTION TO MODIFY CHAPTER 13 PLAN


by first-class United States mail, postage pre-paid, at San Jose, California, on the date noted below and addressed to those listed in Exhibit 1 attached hereto which includes all parties entitled to receive regularly mailed notices.  The Chapter 13 Trustee will receive such notice upon the electronic filing of this document.  I declare, under penalty of perjury, that the foregoing is true and correct and that this declaration is executed on September 23, 2015, at San Jose, California.


                                                      /s/  Henry G. Rendler
                                                      Henry G. Rendler

Rev. 1/2010

# EXHIBIT 1

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0971-5<br>Case 11-51864<br>Northern District of California<br>San Jose<br>Wed Sep 23 09:31:39 PDT 2015 | American Express<br>Box 0001<br>Los Angeles, CA 90096-8000 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern  PA 19355-0701 |
| American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern  PA 19355-0701 | American Express- Costco Wholesale<br>Box 0001<br>Los Angeles, CA 90078-0001 | Back Bowl I, L.L.C.<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave.<br>Ste. 400<br>Seattle, WA 98121-3132 |
| Diane Carmen Brooks<br>2735 Hayloft Way<br>Morgan Hill, CA 95037-3915 | Robert Louis Brooks<br>2735 Hayloft Way<br>Morgan Hill, CA 95037-3915 | CA Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 |
| CA Franchise Tax Board<br>Attn: Special Procedures<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Chase Card Services<br>P.O. Box 659409<br>San Antonio, TX 78265-9409 |
| Chase Marriott Visa<br>PO Box 15298<br>Wilmington, DE 19850-5298 | Citi Bank<br>P.O. Box 688959<br>Des Moines, IA 50368-8959 | Department Stores National Bank/Macys<br>Bankruptcy Processing<br>PO Box 8053<br>Mason, OH 45040-8053 |
| Devin Derham-Burk<br>P.O. Box 50013<br>San Jose, CA 95150-0013 | Direct<br>PO Box 5400<br>Los Angeles, CA 90055-0400 | Ehsan Rezvan, DDS<br>7880 Wren Ave #D144<br>Gilroy, CA 95020-7802 |
| FIA Card Services<br>P.O. Box 15720<br>Wilmington, DE 19850 | FIA Card Services<br>P.O. Box 301200<br>Los Angeles, CA 90030-1200 | FIA Card Services, NA as successor in intere<br>Bank of America NA and MBNA America Bank<br>1000 Samoset Drive<br>DE5-023-03-03<br>Newark, DE 19713-6000 |
| Franchise Tax Board<br>Bankruptcy Section MS A340<br>PO Box 2952<br>Sacramento CA 95812-2952 | Franchise Tax Board<br>Bankruptcy Unit<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | Franchise Tax Board<br>P.O. Box 942867<br>Sacramento, CA 94267-0009 |
| GE Money Bank<br>Attn: Bankruptcy Department<br>PO Box 960061<br>Orlando FL 32896-0661 | GE Money Bank<br>P.O. Box 981127<br>El Paso, TX 79998-1127 | GE Money Bank for Care Credit<br>P.O. Box 960061<br>Orlando, FL 32896-0061 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>Dept. of the Treasury<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Macy's<br>P.O. Box 6938<br>The Lakes, NV 88901-6938 | Marriot Vacation Club Int'l.<br>P.O. Box 8038<br>Lakeland, FL 33802-8038 |

| | | |
|---|---|---|
| Marriott's Maui Ocean Club<br>100 Nohea Kai Drive<br>Lahaina, HI 96761-1917 | NCO Financial System Inc.<br>507 Prudential Road<br>Horsham, PA 19044-2368 | Nationwide Credit Inc.<br>2015 Vaughn Road, Suite 400<br>Kennesaw, GA 30144-7802 |
| Office of the U.S. Trustee / SJ<br>U.S. Federal Bldg.<br>280 S 1st St. #268<br>San Jose, CA 95113-3004 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Henry G. Rendler<br>Law Offices of Henry G. Rendler<br>1550 The Alameda #308<br>San Jose, CA 95126-2304 |
| Santa Clara County Federal Credit Union<br>6915 Camino Arroyo, Suite 50<br>Gilroy, CA 95020-7084 | Secretary of the Treasury<br>1500 Pennsylvania Ave. N.W.<br>Washington, DC 20220-0001 | (p)CALIFORNIA STATE BOARD OF EQUALIZATION<br>ACCOUNT REFERENCE GROUP MIC 29<br>P O BOX 942879<br>SACRAMENTO CA 94279-0029 |
| (p)TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 | Toyota Motor Credit Corporation (TMCC)<br>PO BOX 8026<br>Cedar Rapids, Iowa 52408-8026 | U.S. Attorney<br>Civil Division<br>450 Golden Gate Ave.<br>San Francisco, CA 94102-3661 |
| U.S. Attorney General<br>Civil Trial Section, Western Region<br>P.O. Box 683<br>Ben Franklin Station<br>Washington, DC 20044-0683 | WELLS FARGO HOME MORTGAGE, INC<br>MAC X7801-014<br>3476 Stateview Blvd.<br>Fort Mill, SC 29715-7203 | WFB<br>PO Box 30427<br>Los Angeles, CA 90030-0427 |
| WFB<br>PO Box 4233<br>Portland, OR 97208-4233 | WFB Home Equity Group<br>Home Equity Payment Processing<br>1 Home Campus X2303-01A<br>Des Moines, IA 50328-0001 | Wells Fargo Bank, N.A.<br>1 Home Campus<br>MAC #X2303-01A<br>Des Moines, IA 50328-0001 |
| Wells Fargo Bank, N.A.<br>Attn: Bankruptcy Dept<br>MAC X7801-014<br>3476 Stateview Blvd<br>Ft Mill, SC 29715-7203 | Wells Fargo Home Mortgage<br>P.O. Box 10335<br>Des Moines, IA 50306-0335 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Portfolio Recovery Associates, LLC<br>POB 41067<br>NORFOLK, VA 23541 | (d)Portfolio Recovery Associates, LLC<br>POB 41067<br>NORFOLK, VA 23541 | State Board of Equalization<br>Attn: Special Procedures Section, MIC:55<br>P.O. Box 942879<br>Sacramento, CA 94279 |
| Toyota Financial Services<br>PO Box 60114<br>City of Industry, CA 91716-0114 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)American Express<br>P.O. Box 0001<br>Los Angeles, CA 90096-8000 | (d)Back Bowl I, L.L.C.<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave., Ste. 400<br>Seattle, WA 98121-3132 | End of Label Matrix<br>Mailable recipients  49<br>Bypassed recipients   2<br>Total  51 |